IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 69.115.101.158

**ISP:** Optimum Online
**Physical Location:** Metuchen, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/29/2019 13:38:14 | 0D651A87988EBBD0E47288085510C9F8AB597567 | Stunning Sexy Shower |
| 03/29/2019 12:50:14 | 039C90E33648679DE6EA85ECFB91AB39CFA7054A | Moonlight Sex Games |
| 03/11/2019 07:11:30 | 7A58F90BECFDF893027B4A9456588B2013D2F6D7 | Summertime Sex |
| 03/11/2019 02:15:15 | CB77E43971A3AD7F4E82151E70B8A2AB98B9660B | Hot Office Sex |
| 03/11/2019 01:43:23 | C72370F9777E4BC5700A0E96C2EDAB284AA8501F | Hot Fucking with Sexy Sybil and Jake |
| 02/22/2019 14:43:39 | 270330701EEC1161D7229136BB938DA1D8ABDF55 | 18 Year Old Models First Time Threesome |
| 02/20/2019 16:15:40 | 9A90BB3B08FBC81CF4CB979FCFB35A4FE35A755B | Sex For Three By The Sea |
| 02/20/2019 13:58:57 | 44BB7079CC0D20E54C2D2ED0DBA016A4B6581F67 | My Sweet Surrender |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

CNJ840