Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 69.115.101.158, <br><br> Defendant. | Case No. 2:19-cv-12106-MCA-MAH |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 69.115.101.158. Pursuant to Fed.R.Civ.P.

1

41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 24, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　/s/ *Patrick J. Cerillo*
　　　　　　　　　　　　　　　　　　　Patrick J. Cerillo, Esq.
　　　　　　　　　　　　　　　　　　　Patrick J. Cerillo, LLC
　　　　　　　　　　　　　　　　　　　4 Walter E. Foran Blvd.,
　　　　　　　　　　　　　　　　　　　Suite 402
　　　　　　　　　　　　　　　　　　　Flemington, NJ 08822
　　　　　　　　　　　　　　　　　　　Attorney ID No. 01481-1980
　　　　　　　　　　　　　　　　　　　T: (908) 284-0997
　　　　　　　　　　　　　　　　　　　F: (908) 284-0915
　　　　　　　　　　　　　　　　　　　pjcerillolaw@comcast.net
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

　　　　　　　　　　　　　　　　　By: /s/ *Patrick J. Cerillo*