Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 69.115.101.158,<br><br>Defendant. | Case No. 2:19-cv-12106-MCA-MAH |

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE</u>

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe

("Defendant") through his counsel.  Pursuant to the settlement agreement's terms,

Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.

John Doe was assigned the IP Address 69.115.101.158. Pursuant to Fed.R.Civ.P.

Case 2:19-cv-12106-MCA-MAH Document 8 Filed 09/24/19 Page 2 of 2 PageID: 90

41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 24, 2019          Respectfully submitted,

By:    /s/ *Patrick J. Cerillo*
      Patrick J. Cerillo, Esq.
      Patrick J. Cerillo, LLC
      4 Walter E. Foran Blvd.,
      Suite 402
      Flemington, NJ 08822
      Attorney ID No. 01481-1980
      T: (908) 284-0997
      F: (908) 284-0915
      pjcerillolaw@comcast.net
      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Patrick J. Cerillo*

SO ORDERED

9/25/19

Madeline Cox Arleo, U.S.D.J.